FILED

JAN 21 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LAZY Y RANCH LTD, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> TRACY BEHRENS; et al., <br><br> Defendants - Appellants. | No. 07-35315 <br><br> D.C. No. CV-06-00340-MHW <br> District of Idaho, <br> Boise <br><br> ORDER |

Before: PREGERSON, CANBY and HALL, Circuit Judges.

Appellee's motion to transfer fee request to the District Court is hereby

GRANTED.