IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAZY Y RANCH, LTD., )<br>) <br>Plaintiff, )<br>)<br>v.   )<br>)<br>WINSTON WIGGINS, JIM RISCH, BEN YSURSA, )<br>MARILYN HOWARD, LAWRENCE WASDEN, KEITH )<br>JOHNSON, TRACY BEHRENS, GEORGE BACON, )<br>AND DOES 1-20, )<br>)<br>Defendants. )<br>) | Case No. 06-cv-340-MHW<br><br>ORDER GRANTING<br>JOINT MOTION FOR SECOND<br>EXTENSION OF STAY |

THIS MATTER came before the Court upon the joint motion for second extension of stay (Doc. No. 72) in this matter until November 30, 2009, and good cause existing therefor,

IT IS HEREBY ORDERED that such motion is granted and that all proceedings in this matter are stayed until November 30, 2009.

DATED: October 2, 2009

_(signature)_

Honorable Mikel H. Williams
United States Magistrate Judge