IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAZY Y RANCH, LTD., ) | |
| ) | Case No. CV 06-340-S-MHW |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| WINSTON WIGGINS, JIM RISCH, BEN YSURSA, ) | |
| MARILYN HOWARD, LAWRENCE WASDEN, KEITH ) | |
| JOHNSON, TRACY BEHRENS, GEORGE BACON, ) | |
| AND DOES 1-20, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY ORDERED that this matter is dismissed in accordance with the Settlement Agreement and Joint Stipulation of Dismissal (Doc. No. 74) filed pursuant to Fed. R. Civ. P. 41(a)(1)(ii) on November 17, 2009.

DATED: December 2, 2009

Honorable Mikel H. Williams
United States Magistrate Judge